McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

FILED

SEP - 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    CR. NO. S. 07-291 FCD
            Plaintiff,            )
                                  )    PETITION AND [PROPOSED]
       v.                         )    ORDER TO UNSEAL INDICTMENT
                                  )
BLANCA SILVA,                     )
     aka "Comadre,"               )
                                  )
            Defendant.            )
_____)

   COMES NOW Carolyn K. Delaney, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

   1.  The Indictment in this case was sealed by Order of Magistrate Judge Kimberly J. Mueller.

   2.  There is no further need for the Indictment to be sealed, and the government respectfully requests that this Court order it unsealed at this time.

///
///
///

1

```
 1  DATED: September 5, 2007
                                              McGREGOR W. SCOTT
 2                                            UNITED STATES ATTORNEY

 3
                                              /s/ Carolyn K. Delaney
 4                                        by  _____
                                              CAROLYN K. DELANEY
 5                                            ASSISTANT U.S. ATTORNEY
```

## ORDER

The Court hereby orders that the Indictment in the above-captioned case shall be unsealed forthwith.

DATED: September 6, 2007

FRANK C. DAMRELL JR.
United States District Judge