UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                         CR. NO. S-07-289 LKK

JUAN CAMACHO, et al.,

          Defendants.
_____/
UNITED STATES OF AMERICA,

          Plaintiff,

    v.                         CR. NO. S-07-291 FCD

BLANCA SILVA,

                                           **RELATED CASE ORDER**

          Defendant.
_____/

    Examination of the above-entitled criminal actions reveals that the two (2) actions are related within the meaning of Local Rule 123, E.D. Cal. (2011).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of

judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-291 FCD be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings. Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-07-291 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: March 15, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT