LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BLANCA SILVA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-0291 LKK |
| Plaintiff, | **STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | **DATE:      April 12, 2011** |
| BLANCA SILVA, | **TIME:      9:15 a.m.** |
| Defendant. | **JUDGE:   Hon. Lawrence K. Karlton** |

## <u>Stipulation</u>

The parties, through their undersigned counsel, stipulate that the status conference scheduled for April 12, 2011 may be continued to May 24, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

1    The prosecutor has authorized Chris Cosca to sign this stipulation on her behalf.

2

3    DATED:  April 8, 2011                by:    /s/ Chris Cosca
                                                 Chris Cosca
4                                                Attorney for Defendant
                                                 BLANCA SILVA
5

6

7    DATED:  April 8, 2011                by:    /s/ Chris Cosca for
                                                 Carolyn Delaney
8                                                Assistant U. S. Attorney

9                                          **Order**

10       Good cause appearing,

11       The status conference scheduled for April 12, 2011 is continued to May 24, 2011 at 9:15

12   a.m.

13       Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7)

14   (B) (iv) and Local Code T4 for counsel preparation.

15

16       IT IS SO ORDERED.

17

18   DATED:  April 11, 2011

19                                              LAWRENCE K. KARLTON
                                                SENIOR JUDGE
20                                              UNITED STATES DISTRICT COURT

21

22

23

24

25

                                          - 2 -