LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BLANCA SILVA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BLANCA SILVA,<br><br>          Defendant. | Case No.: 2:07-CR-0291 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:     May 24, 2011<br>TIME:     9:15 a.m.<br>JUDGE:   Hon. Lawrence K. Karlton |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for May 24, 2011 may be continued to July 12, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized Chris Cosca to sign this stipulation on her behalf.

DATED:  May 23, 2011             by:     /s/ Chris Cosca
                                         Chris Cosca
                                         Attorney for Defendant
                                         BLANCA SILVA

DATED:  May 23, 2011             by:     /s/ Chris Cosca for
                                         Carolyn Delaney
                                         Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for May 24, 2011 is continued to July 12, 2011 at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 24, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT