1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca     CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   BLANCA SILVA
5

6              **UNITED STATES DISTRICT COURT**

7          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | Case No.:  2:07-CR-0291 LKK |
|    | ) | |
| 10              Plaintiff, | ) | **STIPULATION AND ORDER TO** |
|    | ) | **CONTINUE STATUS CONFERENCE** |
| 11         vs. | ) | |
|    | ) | |
| 12  BLANCA SILVA, | ) | |
|    | ) | |
| 13              Defendant. | ) | |
|    | ) | |

14

15                          **Stipulation**

16      The parties, through their undersigned counsel, stipulate that the status conference

17  scheduled for August 9, 2011 may be continued to September 20, 2011. Additional time is

18  necessary for counsel to review and analyze discovery, conduct investigation and fully assess

19  potential options in this matter. The parties agree that time may be excluded from the speedy trial

20  calculation under the Speedy Trial Act for counsel preparation, taking into account the exercise

21  of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. The parties also stipulate

22  and agree that the interests of justice served by granting this continuance outweigh the best

23  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

24  ///

25  ///

1  The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

3  DATED:  August 5, 2011					by:	/s/ Chris Cosca
						Chris Cosca
						Attorney for Defendant
						BLANCA SILVA

7  DATED:  August 5, 2011					by:	/s/ Chris Cosca for
						Jason Hitt
						Assistant U. S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for August 9, 2011 is continued to September 20, 2011 at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendant reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  August 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT