LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BLANCA SILVA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLANCA SILVA,<br><br>　　　　Defendant. | Case No.:  2:07-CR-0291 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for September 20, 2011 may be continued to October 18, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. The parties also stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

///

///

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED: September 14, 2011         by:    /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          BLANCA SILVA

DATED: September 14, 2011         by:    /s/ Chris Cosca for
                                          Jason Hitt
                                          Assistant U. S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for September 20, 2011 is continued to October 18, 2011 at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendant reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT