LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BLANCA SILVA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  2:07-CR-0291 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| BLANCA SILVA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for November 22, 2011 may be continued to January 24, 2012. Additional time is necessary for counsel to review and analyze discovery, conduct investigation, consider plea negotiations, and fully assess potential options in this matter. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. The parties also stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A).

///

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED: November 16, 2011            by:     /s/ Chris Cosca
                                            Chris Cosca
                                            Attorney for Defendant
                                            BLANCA SILVA


DATED: November 16, 2011            by:     /s/ Chris Cosca for
                                            Jason Hitt
                                            Assistant U. S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for November 22, 2011 is continued to January 24, 2012 at 9:15 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendant reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 17, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT