BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-0291 LKK |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| BLANCA SILVA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     The Court held a status conference in this case on January 24, 2012.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Christopher Cosca, Esq., appeared on behalf of defendant Blanca SILVA.  The defendant was present in custody.  She was assisted by a court-certified Spanish-language interpreter.

     During the hearing, the defendant requested the Court appoint her a new lawyer based upon differences with Mr. Cosca.  The Court granted that request without reaching the merits of the defendant's allegations.  The Court ordered the matter be placed on calendar on January 31, 2012, at 9:15 a.m. for appointment of new counsel for the defendant.  The Court further found that the time between January 24, 2012, and January 31, 2012, should be excluded from

calculation of the Speedy Trial Act because the Federal Defender's Office would need to appoint a new lawyer for the defendant during that time and the new lawyer would need to meet with the defendant and begin preparations for defending her case.  The Court therefore found that time between January 24, 2012, and January 31, 2012, should be excluded under the Speedy Trial Act because the ends of justice are served by the Court excluding such time, and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that a new lawyer could be appointed to represent the defendant and have reasonable time to prepare an effective defense in this case, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Therefore, IT IS HEREBY ORDERED that:

(1)  The Federal Defender's Office is ordered to have a new lawyer selected for appointment to represent defendant Blanca SILVA;

(2)  A further status conference in this case is set for January 31, 2012, at 9:15 a.m.; and

(3)  Time is excluded from calculation under the Speedy Trial Act up to, and including, January 31, 2012, at 9:15 a.m. because the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: January 26, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT