BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0291 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| BLANCA SILVA, | |
| Defendant. | |

The Court held a status conference in this case on March 20, 2012. Assistant United States Attorney William S. Wong appeared on behalf of the United States of America and appointed counsel Clemente Jimenez, Esq., appeared on behalf of defendant Blanca SILVA. The defendant was present in custody.

During the hearing, counsel for the defendant requested a continuance of the case in order to provide Mr. Jimenez additional time to review the considerable discovery in this case. In addition, Mr. Jimenez represented that he would need additional time to meet with his new client and consider what strategy to take in the defense of this case. The Court granted the request of the parties and ordered the matter be placed on calendar on April 24, 2012, at 9:15 a.m. for further status conference. The Court further

1

found that the time between March 20, 2012, and April 24, 2012, should be excluded from calculation of the Speedy Trial Act because Mr. Jimenez needs time to review the discovery in this case and meet with his new client to begin preparations for defending her case. The Court therefore found that time between March 20, 2012, and April 24, 2012, should be excluded under the Speedy Trial Act because the ends of justice are served by the Court excluding such time, and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that a new lawyer could be appointed to represent the defendant and have reasonable time to prepare an effective defense in this case, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

   Therefore, IT IS HEREBY ORDERED that:

   (1)  A further status conference in this case is set for April 24, 2012, at 9:15 a.m.; and

   (2)  Time is excluded from calculation under the Speedy Trial Act up to, and including, April 24, 2012, at 9:15 a.m. because the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: March 27, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT