CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BLANCA SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BLANCA SILVA,<br><br>  Defendant. | Case No.: CR. S-07-291 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  April 24, 2012<br>TIME:   9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BLANCA SILVA, that the status conference scheduled for April 24, 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on May 22, 2012, at 9:15 a.m. for further status conference.

Defense counsel has requested further discovery from the government. Upon receipt, defense will require time for review, and to confer with Ms. Silva, currently housed in Nevada County.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    April 20, 2012            /S/    Jason Hitt_____
                                    JASON HITT
                                    Attorney for Plaintiff


                                    /S/    Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Blanca Silva


**ORDER**

    IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 24, 2012, at 9:15 a.m., be vacated and the matter continued to May 22, 2012, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This  23rd day of April, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT