BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-0291 LKK |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| BLANCA SILVA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court held a status conference in this case on June 26, 2012. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Clemente Jimenez, Esq., appeared on behalf of defendant Blanca SILVA. The defendant was present in custody using the Spanish-language interpreter.

During the hearing, counsel for the defendant requested a continuance of the case in order to provide Mr. Jimenez additional time to review the considerable discovery in this case and, in particular, recent discovery produced that responded to a defense discovery request. In addition, the parties represented that they were engaged in ongoing plea discussions and a plea agreement could potentially be reached in the next couple of weeks. The Court

1

1  granted the request of the parties and ordered the matter be placed
2  on calendar on July 24, 2012, at 9:15 a.m. for further status
3  conference.  The Court further found that the time between June 26,
4  2012, and July 24, 2012, should be excluded from calculation of the
5  Speedy Trial Act because Mr. Jimenez needs time to review the
6  discovery in this case and meet with his client to assist in ongoing
7  defense of her case.  The Court therefore found that time between
8  June 26, 2012, and July 24, 2012, should be excluded under the
9  Speedy Trial Act because the ends of justice are served by the Court
10 excluding such time, and agreed that the interests of justice served
11 by granting this continuance outweigh the best interests of the
12 public and the defendant in a speedy trial so that Mr. Jimenez could
13 have reasonable time to prepare an effective defense in this case,
14 taking into account the exercise of due diligence the in the
15 interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
16 Code T4.
17         Therefore, IT IS HEREBY ORDERED that:
18         (1)  A further status conference in this case is set for July
19 24, 2012, at 9:15 a.m.; and
20         (2)  Time is excluded from calculation under the Speedy Trial
21 Act up to, and including, July 24, 2012, at 9:15 a.m. because the
22 interests of justice are served by granting this continuance and
23 outweigh the best interests of the public and the defendant in a
24 speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
25
26 DATED: June 28, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT