CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BLANCA SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLANCA SILVA,<br><br>　　　　　Defendant. | Case No.: 07-291 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　July 24, 2012<br>TIME:　9:15 a.m.<br>JUDGE:　Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BLANCA SILVA, that the status conference scheduled for July 24, 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on September 5, 2012, at 9:15 a.m. for further status conference.

Efforts at resolution in this matter are ongoing and the parties believe additional time to confer would be fruitful toward that end.  Further, Ms. Silva is housed in Nevada County Jail; counsel will require additional time to confer with her regarding ongoing resolution discussions.

　　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

07cr291.stipo.0719.1.doc
07/19/12

- 1 -

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     July 18, 2012              /S/     Jason Hitt_____
                                      JASON HITT
                                      Attorney for Plaintiff


                                      /S/     Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Blanca Silva

### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 24, 2012, at 9:15 a.m., be vacated and the matter continued to September 5, 2012, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: July 19, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT