BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-0291 LKK |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| BLANCA SILVA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court held a status conference in this case on September 5, 2012. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Clemente Jimenez, Esq., appeared on behalf of defendant Blanca SILVA. The defendant was present in custody using the Spanish-language interpreter.

During the hearing, counsel for the defendant requested a continuance of the case in order to provide Mr. Jimenez additional time to review the considerable discovery in this case and, in particular, recent discovery produced that responded to a defense discovery request. In addition, the government represented that it would be providing a written plea agreement prior to the next court appearance and defense counsel would need additional time to review

1 the agreement and discuss it with his client.  The Court granted the
2 request of the parties and ordered the matter be placed on calendar
3 on October 2, 2012, at 9:15 a.m. for further status conference.  The
4 Court further found that the time between September 5, 2012, and
5 October 2, 2012, should be excluded from calculation of the Speedy
6 Trial Act because Mr. Jimenez needs time to review the discovery in
7 this case and meet with his client to assist in ongoing defense of
8 her case.  The Court therefore found that time between September 5,
9 2012, and October 2, 2012, should be excluded under the Speedy Trial
10 Act because the ends of justice are served by the Court excluding
11 such time, and agreed that the interests of justice served by
12 granting this continuance outweigh the best interests of the public
13 and the defendant in a speedy trial so that Mr. Jimenez could have
14 reasonable time to prepare an effective defense in this case, taking
15 into account the exercise of due diligence the in the interests of
16 justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
17        Therefore, IT IS HEREBY ORDERED that:
18        (1)  A further status conference in this case is set for
19 October 2, 2012, at 9:15 a.m.; and
20        (2)  Time is excluded from calculation under the Speedy Trial
21 Act up to, and including, October 2, 2012, at 9:15 a.m. The Court
22 finds the interests of justice are served by granting this
23 continuance and outweigh the best interests of the public and the
24 defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and
25 Local Code T4.
26
27 DATED: September 28, 2012
28

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT