BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0291 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| BLANCA SILVA, | |
| Defendant. | |

The Court held a status conference in this case on October 2, 2012. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and appointed counsel Clemente Jimenez, Esq., appeared on behalf of defendant Blanca SILVA. The defendant was present in custody using the Spanish-language interpreter.

During the hearing, counsel for the defendant requested a continuance of the case in order to provide Mr. Jimenez additional time to review considerable discovery in this case and recent discovery produced in response to a defense request. In addition, the government provided a written plea agreement prior to the next court appearance and defense counsel would need additional time to review the agreement and discuss it with his client. The Court

1  granted the request of the parties and ordered the matter be placed
2  on calendar on December 11, 2012, at 9:15 a.m. for further status
3  conference.  The Court further found that the time between October
4  2, 2012, and December 11, 2012, should be excluded from calculation
5  of the Speedy Trial Act because Mr. Jimenez has proposed a
6  counteroffer to the United States and the parties are jointly
7  working on mitigation of the defendant's sentencing exposure in this
8  case through a negotiated plea.  The Court therefore found that time
9  between November 14, 2012, and December 11, 2012, should be excluded
10 under the Speedy Trial Act because the ends of justice are served by
11 the Court excluding such time, and agreed that the interests of
12 justice served by granting this continuance outweigh the best
13 interests of the public and the defendant in a speedy trial so that
14 Mr. Jimenez could have reasonable time to prepare an effective
15 defense in this case, taking into account the exercise of due
16 diligence the in the interests of justice under 18 U.S.C.
17 § 3161(h)(7)(B)(iv) and Local Code T4.
18      Therefore, IT IS HEREBY ORDERED that:
19      (1)  A further status conference in this case is set for
20 December 11, 2012, at 9:15 a.m.; and
21      (2)  Time is excluded from calculation under the Speedy Trial
22 Act up to, and including, December 11, 2012, at 9:15 a.m. because
23 the interests of justice are served by granting this continuance and
24 outweigh the best interests of the public and the defendant in a
25 speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

27 DATED: December 6, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT