CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BLANCA SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>BLANCA SILVA,<br><br>      Defendant. | Case No.: Cr. S-07-291 LKK<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   March 7, 2013<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BLANCA SILVA, that the sentencing hearing scheduled for March 7, 2013, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on April 9, 2013, at 9:15 a.m. for judgment and sentence.

    Defense counsel has been engaged in an attempted murder trial in Placer County throughout the entire month of February.  After reviewing the pre-sentence report, defense counsel has filed informal objections with US Probation and intends to file a sentencing memorandum for the court's consideration.  Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

1. Objections due:  2/28/13
2. Final PSR due:  3/5/13
3. Motion for Correction:  3/12/13
4. Reply, or Non-Opposition:  3/19/13
5. J&S:  4/9/13

DATED:   February 27, 2013

/S/     Jason Hitt
JASON HITT
Attorney for Plaintiff


/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Blanca Silva

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for March 7, 2013, at 9:15 a.m., be vacated and the matter continued to April 9, 2013, at 9:15 a.m. for judgment and sentence.

This 1st day of March, 2013.

_____
Hon. Lawrence K. Karlton
United States District Judge