HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



**FILED**

JUN - 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorneys for Defendant
BLANCA SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 07-291 JAM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| BLANCA SILVA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable JOHN A. MENDEZ |

Defendant, BLANCA SILVA, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 9, 2013, this Court sentenced Ms. Silva to a term of 70 months imprisonment;

3. Her total offense level was 31, her criminal history category was I, and the resulting guideline range was 108 to 135 months. On the government's motion, she received a reduction from the statutory mandatory minimum sentence of 120 months;

4. The sentencing range applicable to Ms. Silva was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Silva's total offense level has been reduced from 31 to 29, and her amended guideline range is 87 to 108 months. A reduction comparable to the one received at the initial sentencing would produce a term of 56 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Silva's term of imprisonment to a total term of 56 months.

Respectfully submitted,

Dated: June 4, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 4, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
BLANCA SILVA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Silva is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one received at the initial sentencing produces a term of 56 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 56 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Silva shall report to the United States Probation Office within seventy-two hours after her release.

Dated: June 5, 2015

_____
HONORABLE JOHN A. MENDEZ
United States District Judge